IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO.  06-011-3 |
| v.  : | |
| : | CIVIL NO. 10-5336 |
| IAN GREENSTEIN, JR. : | |

**ORDER**

**AND NOW**, this 29th day of   April  , 2016, upon consideration of Petitioner's pro se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 201), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**.

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**